# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-19-00722-CR

---

**Joseph Lee Hill, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 426TH DISTRICT COURT OF BELL COUNTY
### NO. 79438, THE HONORABLE FANCY H. JEZEK, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Joseph Lee Hill was indicted for the first-degree felony offense of aggravated sexual assault of a child younger than fourteen, committed against his friend's daughter, A.P. *See* Tex. Penal Code § 22.021(a)(1)(B) (defining offense), (e) (providing that offense is first-degree felony). The jury heard testimony that when A.P. was four or five years old, Hill drove A.P. to playdates with another friend's child but stopped at Hill's residence beforehand and sexually assaulted A.P., including one incident when he penetrated A.P.'s sexual organ with his. Hill testified at trial and denied A.P.'s accusations against him. However, one of Hill's own witnesses testified that she did not think A.P. "was lying about anything" and that A.P.'s mother "didn't fabricate this story" or coach A.P. "to come up with this."

At the conclusion of trial, the jury convicted Hill of the first-degree felony as charged in the indictment. The district court assessed Hill's punishment at twenty-five years'

imprisonment. *See id.* § 12.32(a) (providing punishment range of five to ninety-nine years or life imprisonment for first-degree felony offense). Hill appealed his judgment of conviction.

Hill's court-appointed attorney has filed a motion to withdraw supported by a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 744 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See Penson v. Ohio*, 488 U.S. 75, 80 (1988); *High v. State*, 573 S.W.2d 807, 811-13 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684, 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553, 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137, 138 (Tex. Crim. App. 1969). Hill's attorney certified that she provided Hill with copies of the motion to withdraw and brief, advised him of his right to examine the appellate record and to file a pro se brief, and provided him with a form motion for pro se access to the appellate record along with this Court's mailing address. *See Kelly v. State*, 436 S.W.3d 313, 319-21 (Tex. Crim. App. 2014); *see also Anders*, 386 U.S. at 744; *Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009). The Bell County District Clerk notified this Court that a copy of the appellate record was sent to Hill by certified mail on June 3, 2020. Hill filed multiple motions requesting extensions of time to file his pro se brief, which were granted until November 19, 2020. However, the time to file the brief has expired and no pro se brief was filed.[1]

We have reviewed the record and find no reversible error. *See Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766; *Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). We agree with counsel that the appeal is frivolous and grant her motion to withdraw.

---

[1] Hill filed a fifth motion for extension of time, which is denied.

We affirm the district court's judgment of conviction.

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Baker and Triana

Affirmed

Filed:   December 2, 2020

Do Not Publish